UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE

                                                          CASE NO.: 17-11727-EPK
                                                          CHAPTER 13

**Rosimeire Boeker**
      **Debtor**
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Bayview Loan Servicing, LLC, as servicing agent for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-OA4 Mortgage Pass-Through Certificates, Series 2006-OA4, its Successors and/or Assigns, a secured creditor of the above styled Debtor.

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                     Respectfully submitted,

                                                     /s/Jason A. Weber
                                                     Jason A. Weber, Esq.
                                                     Fla. Bar No. 0051681
                                                     Counsel for Secured Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
200 East Broward Blvd. Suite 900
Fort Lauderdale, Florida 33301
Telephone:  (954) 828-1118
Facsimile:  (954) 828-1101
Toll Free:  (800) 826-1699
jweber@sirote.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of March, 2017, a copy of the foregoing pleading was served upon the following parties to this proceeding via First Class, U.S. Mail, Postage prepaid and/or electronic filing:

*Debtor*
**Rosimeire Boeker**
10946 Winding Creek Way
Boca Raton, FL 33428

**Ricardo Corona, Esq.**
3899 NW 7 St, Second Floor
Miami, FL 33126
Email: bk@coronapa.com

*Trustee*
**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                                /s/ Jason Weber
                                                OF COUNSEL