UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                              CASE NO.: 17-11727-EPK
                                                                    CHAPTER 13
ROSIMEIRE BOEKER,

    Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

                      Robertson, Anschutz & Schneid, P.L.
                      Authorized Agent for Secured Creditor
                      6409 Congress Ave., Suite 100
                      Boca Raton, FL 33487
                      Telephone: 561-241-6901
                      Facsimile: 561-997-6909
                      By: /s/Melbalynn Fisher
                      Melbalynn Fisher, Esquire
                      Email: mfisher@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 27, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

RICARDO CORONA, ESQ.
3899 NW 7 ST, SECOND FLOOR
MIAMI, FL  33126

ROSIMEIRE BOEKER
10946 WINDING CREEK WAY
BOCA RATON, FL  33428

ROBIN R WEINER
POB 559007
FORT LAUDERDALE, FL  33355

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE., SUITE 1204
MIAMI, FL  33130

                         Robertson, Anschutz & Schneid, P.L.
                         Authorized Agent for Secured Creditor
                         6409 Congress Ave., Suite 100
                         Boca Raton, FL 33487
                         Telephone: 561-241-6901
                         Facsimile: 561-997-6909
                         By: /s/Melbalynn Fisher
                         Melbalynn Fisher, Esquire
                         Email: mfisher@rasflaw.com