**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:  Rosimeire Boeker,                                   Case No.: 17-11727-EPK
                                                            Chapter 13

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, for the property located at: 10946 Winding Creek Way, Boca Raton, FL 33428, reports to the Court as follows:

**A.**   The final Mortgage Modification Mediation ("MMM") conference was scheduled, but not conducted.

**B.**   The final MMM conference was not conducted for the following reason:

   1. [ x] The parties settled prior to attending.
   2. [  ] The case was dismissed.
   3. [  ] The Debtor or [  ] Debtor's attorney failed to attend.
   4. [  ] The Lender's representative or [  ] Lender's attorney failed to attend.
   5. [  ] Other:

**C.**   There was no result of the MMM conference.

.

Dated: July 20, 2017                          */s/ Betsy F. Yegelwel, Esq.*
                                              Signature of Mediator
                                              Print name: Betsy F. Yegelwel
                                              Address: 2150 SW 13th Avenue
                                              City, State, Zip Code: Miami, FL 33145
                                              Telephone: 305-8588-2706
                                              Email: Betsy@byeglaw.com

Copies to:
[all parties to mediation]