

ORDERED in the Southern District of Florida on November 30, 2017.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**IN THE MATTER OF:**  **CASE NO. 17-11727-EPK**
**ROSIMEIRE BOEKER**  **CHAPTER 13**

      Debtor,
_____/

### ORDER GRANTING EX-PARTE MOTION TO APPROVE FINAL MODIFCATION AGREEMENT WITH SELECT PORTFOLIO SERVICING, INC.

This matter came before the Court:

☒ On the Debtor's Ex Parte Motion to Approve Final Modification Agreement with Select Portfolio Servicing, Inc. ("Lender").

☐ For hearing on _____ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Final Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Ricardo Corona, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

MMM-LF-14 (08/01/14)